# THE COHN LAW FIRM

*A Limited Liability Company*

**David M. Cohn**
**D. Brian Cohn***
**Bartley P. Bourgeois**
**M. Virginia Kelly Smith**
**\*Master of Laws In Taxation**

10754 LINKWOOD CT., SUITE 1
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 769-0858
FAX: (225) 769-1016
E-MAIL: bartley@thecohnlawfirm.com

January 31, 2014

**Ms. Susan Tran**
Coral Tran Singh, LLP
440 Louisiana Ste. 1900
Houston, TX 77002

CERTIFIED MAIL #7013 1710 0001 3062 6156
AND EMAIL

RE:     Walid Mizyed
        Adversary  Case No. : 13-03299
        Our File No.: 28617 (Lemark)

Dear Ms. Tran,

Enclosed you will find Interrogatories and Request for Production of Documents.

With kind regards, I remain,

Very truly yours,

Bartley B. Bourgeois

BPB/cr
Enclosure
cc:     Client

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan Tran
440 Louisiana #1900
Houston, TX
        77002

2. Article Number
   *(Transfer from service label)*

7013 1710 0001 3062 6156

PS Form 3811, July 2013                Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
2-3-14

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

**Ceil**

---

| | |
|---|---|
| **From:** | Ceil <Ceil@thecohnlawfirm.com> |
| **Sent:** | Friday, January 31, 2014 10:44 AM |
| **To:** | 'susan.tran@ctsattorneys.com' |
| **Cc:** | Bartley Bourgeois ; David Cohn |
| **Subject:** | Walid Mizyed #13-33114 and Lemark v Mizyed #13-03299 |
| **Attachments:** | Int and rfp.pdf |

Good Morning

Attached please find Interrogatories and Request for Production of Documents.

Ceil
Paralegal to
David M. Cohn
D. Brian Cohn
Bartley P. Bourgeois
M. Virginia Kelly Smith

THE COHN LAW FIRM
A LIMITED LIABILITY COMPANY
10754 Linkwood Ct., Suite 1
Baton Rouge, LA 70810
Phone:  (225) 769-0858
Fax: (225) 769-1016
www.thecohnlawfirm.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail, and any attachments hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. Reading, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this e- mail in error, please contact the sender by return e-mail and permanently delete the original and any copy of this e-mail from any computer and destroy any printout thereof. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State.  This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# THE COHN LAW FIRM

*A Limited Liability Company*

10754 LINKWOOD CT., SUITE 1
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 769-0858
FAX:  (225) 769-1016
E-MAIL: bartley@thecohnlawfirm.com

*David M. Cohn*
*D. Brian Cohn\**
*Bartley P. Bourgeois*
*M. Virginia Kelly Smith*
*\*Master of Laws In Taxation*

February 17,  2014

**Susan Tran**
Coral Tran Singh, LLP
440 Louisiana Ste. 1900
Houston, TX  77002

Via Email and US Mail

RE:     Walid Mizyed
        Adversary  Case No. : 13-03299
        Our File No.: 28617 (Lemark)

Dear Ms. Tran,

Please let me know the status of the answers to the discovery sent by certificate dated January 31, 2014.

With kind regards, I remain,

Very truly yours,

Bartley P. Bourgeois

BPB/cr
cc:     Client

**Ceil**

| | |
|---|---|
| **From:** | Ceil <Ceil@thecohnlawfirm.com> |
| **Sent:** | Monday, February 17, 2014 1:28 PM |
| **To:** | susan.tran@ctsattorneys.com |
| **Cc:** | Bartley Bourgeois |
| **Subject:** | Walid Mizyed Adversary Case # 13-03299  BK# 13-33114 |
| **Attachments:** | tran 2 17 2014.pdf |

Good Afternoon,

Please see attached letter re: discovery.

Thanks.

Ceil
Paralegal to
David M. Cohn
D. Brian Cohn
Bartley P. Bourgeois
M. Virginia Kelly Smith

THE COHN LAW FIRM
A LIMITED LIABILITY COMPANY
10754 Linkwood Ct., Suite 1
Baton Rouge, LA 70810
Phone:  (225) 769-0858
Fax: (225) 769-1016
www.thecohnlawfirm.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail, and any attachments hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. Reading, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this e- mail in error, please contact the sender by return e-mail and permanently delete the original and any copy of this e-mail from any computer and destroy any printout thereof. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State.  This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# THE COHN LAW FIRM

*A Limited Liability Company*

10754 LINKWOOD CT., SUITE 1
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 769-0858
FAX: (225) 769-1016
E-MAIL: bartley@thecohnlawfirm.com

*David M. Cohn*
*D. Brian Cohn\**
*Bartley P. Bourgeois*
*M. Virginia Kelly Smith*
*\*Master of Laws In Taxation*

March 11, 2014

Ms. Susan Tran
Corral Tran Singh, LLP
440 Louisiana Ste. 1900
Houston, TX 77002

RE:   Walid Mizyed
      Bankruptcy Case No.:13-33114
      Adversary Case No.:  13-03299
      Our File No.: 28617 (Lemark)

Dear Ms. Tran,

Please let me know the status of the responses to the discovery sent by certificate dated January 31, 2014.

With kind regards, I remain,

Very truly yours,

Bartley P. Bourgeois

BPB/cr
Cc:    Lee Pickard

# THE COHN LAW FIRM

*A Limited Liability Company*

*David M. Cohn*
*D. Brian Cohn\**
*Bartley P. Bourgeois*
*M. Virginia Kelly Smith*
**\*Master of Laws In Taxation**

10754 LINKWOOD CT., SUITE 1
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 769-0858
FAX: (225) 769-1016
E-MAIL: bartley@thecohnlawfirm.com

May 6, 2014

Ms. Susan Tran
Corral Tran Singh, LLP
440 Louisiana Ste. 1900
Houston, TX 77002

VIA EMAIL and US MAIL

RE:     Walid Mizyed
        Bankruptcy Case No.:13-33114
        Adversary Case No.:   13-03299
        Our File No.: 28617 (Lemark)

Dear Ms. Tran,

We have not received responses to our outstanding discovery of January 31, 2014. Please consider this our request for a 10.1 Discovery Conference. We will initiate the call with you at 1:30 p.m. on May 13, 2014 in order to discuss the outstanding discovery issues. If this time is inconvenient for you, contact my office to set up a new date and time.

With kind regards, I remain,

Very truly yours,

Bartley P. Bourgeois

BPB/cr
Cc:    Lee Pickard

**Ceil**

| | |
|---|---|
| **From:** | Ceil <Ceil@thecohnlawfirm.com> |
| **Sent:** | Wednesday, May 07, 2014 12:55 PM |
| **To:** | susan.tran@ctsattorneys.com |
| **Cc:** | Bartley Bourgeois |
| **Subject:** | Walid Mizyed  Case 13-33114 and 13-03299 |
| **Attachments:** | Susan Tran 5 6 2014 ltr.pdf |

Please see attached.

Thanks!

Ceil
Paralegal to
David M. Cohn
D. Brian Cohn
Bartley P. Bourgeois
M. Virginia Kelly Smith

THE COHN LAW FIRM
A LIMITED LIABILITY COMPANY
10754 Linkwood Ct., Suite 1
Baton Rouge, LA 70810
Phone:  (225) 769-0858
Fax: (225) 769-1016
www.thecohnlawfirm.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail, and any attachments hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. Reading, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this e- mail in error, please contact the sender by return e-mail and permanently delete the original and any copy of this e-mail from any computer and destroy any printout thereof. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State.  This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# THE COHN LAW FIRM

*A Limited Liability Company*

*David M. Cohn*
*D. Brian Cohn\**
*Bartley P. Bourgeois*
*M. Virginia Kelly Smith*
*\*Master of Laws In Taxation*

10754 LINKWOOD CT., SUITE 1
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 769-0858
FAX:   (225) 769-1016
E-MAIL: bartley@thecohnlawfirm.com

May 14, 2014

Ms. Susan Tran
Corral Tran Singh, LLP
440 Louisiana Ste. 1900
Houston, TX  77002                    Via Email and US Mail

                       RE:     Walid Mizyed
                              Bankruptcy Case No.:13-33114
                              Adversary Case No.:   13-03299
                              Our File No.: 28617 (Lemark)

Dear Ms. Tran,

      I telephoned your office May 13, 2014 at 1:30 for the 10.1 telephone status conference as stated in my May 6 letter, but you were not in. Please forward to me your responses to the discovery dated January 31, 2014 within 14 days or I will proceed accordingly.

      With kind regards, I remain,

                              Very truly yours,

                              Bartley P. Bourgeois

BPB/cr
Cc:    Lee Pickard

**Ceil**

| | |
|---|---|
| **From:** | Ceil <Ceil@thecohnlawfirm.com> |
| **Sent:** | Wednesday, May 14, 2014 1:23 PM |
| **To:** | susan.tran@ctsattorneys.com |
| **Cc:** | Bartley Bourgeois |
| **Subject:** | Walid Mizyed |
| **Attachments:** | Tran ltr 5 14 2014.pdf |

Good Afternoon,

Please see attached letter.

Thanks!

Ceil
Paralegal to
David M. Cohn
D. Brian Cohn
Bartley P. Bourgeois
M. Virginia Kelly Smith

THE COHN LAW FIRM
A LIMITED LIABILITY COMPANY
10754 Linkwood Ct., Suite 1
Baton Rouge, LA 70810
Phone:  (225) 769-0858
Fax: (225) 769-1016
www.thecohnlawfirm.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail, and any attachments hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. Reading, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this e- mail in error, please contact the sender by return e-mail and permanently delete the original and any copy of this e-mail from any computer and destroy any printout thereof. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State.  This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

## Bartley Bourgeois

| | |
|---|---|
| From: | Susan Tran <susan.tran@ctsattorneys.com> |
| Sent: | Monday, June 09, 2014 2:42 PM |
| To: | Bartley Bourgeois |
| Cc: | 'Romeo, Ceil' |
| Subject: | RE: Motion Extend Disc Deadline and Dispositive Motion Deadline |

Bartley,

I am so sorry I have not gotten the responses from the Defendant.  If you need to file the motion to compel you can go ahead and do so.  My apologies again.

Susan Tran
Partner
Corral Tran Singh, LLP
440 Louisiana Street, 24th fl., Suite 2450
Houston, Texas, 77002
Ph 713.654.2143/Fax 713.654.2146
Susan.Tran@ctsattorneys.com

**CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Corral Tran Singh, LLP and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please notify us immediately by reply email or by telephone at (713) 654-2143 and delete the material from any computer.**

--------- Original Message ---------
Subject: RE: Motion Extend Disc Deadline and Dispositive Motion Deadline
From: "Bartley Bourgeois" <bartley@thecohnlawfirm.com>
Date: 6/9/14 2:32 pm
To: "'Susan Tran'" <susan.tran@ctsattorneys.com>
Cc: "'Romeo, Ceil'" <ceil@thecohnlawfirm.com>

Susan:

We have yet to receive any response.  Please advise by the end of business today what is going on.

Thanks, B

Bartley P. Bourgeois

Attorney

1

The Cohn Law Firm

10754 Linkwood Court

Suite 1

Baton Rouge, LA 70810

Phone (225) 769-0858

Fax (225) 769-1016


NOTICE

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail, and any attachments hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. Reading, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this e- mail in error, please contact the sender by return e-mail and permanently delete the original and any copy of this e-mail from any computer and destroy any printout thereof.

The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State. This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** Susan Tran [mailto:susan.tran@ctsattorneys.com]
**Sent:** Tuesday, June 03, 2014 4:19 PM
**To:** Bartley Bourgeois
**Cc:** 'Romeo, Ceil'
**Subject:** RE: Motion Extend Disc Deadline and Dispositive Motion Deadline


Bartley:


Yes, I have his responses to discovery which are based on his recollection but I apologize that you have not received it yet; it is my fault because I have been swamped all week.  I will get you his responses this week but regarding the production aspect, he still has not produced anything to me yet.  I was also really hoping he would get me some documents.

Susan Tran

Partner

Corral Tran Singh, LLP

440 Louisiana Street, 24th fl., Suite 2450

Houston, Texas, 77002

Ph 713.654.2143/Fax 713.654.2146

Susan.Tran@ctsattorneys.com

**CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Corral Tran Singh, LLP and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please notify us immediately by reply email or by telephone at (713) 654-2143 and delete the material from any computer.**

--------- Original Message ---------

Subject: RE: Motion Extend Disc Deadline and Dispositive Motion Deadline
From: "Bartley Bourgeois" <bartley@thecohnlawfirm.com>
Date: 6/3/14 4:15 pm
To: "'Susan Tran'" <susan.tran@ctsattorneys.com>
Cc: "'Romeo, Ceil'" <ceil@thecohnlawfirm.com>

Susan:


Any word from your client in regards to the discovery?  I need to move forward and file a motion to compel but was hoping for a miracle!


Thanks, B


Bartley P. Bourgeois

Attorney

The Cohn Law Firm

10754 Linkwood Court

Suite 1

Baton Rouge, LA 70810

Phone (225) 769-0858

Fax (225) 769-1016


NOTICE

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail, and any attachments hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. Reading, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this e- mail in error, please contact the sender by return e-mail and permanently delete the original and any copy of this e-mail from any computer and destroy any printout thereof.

The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State. This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** Susan Tran [mailto:susan.tran@ctsattorneys.com]
**Sent:** Monday, May 19, 2014 2:44 PM
**To:** Bartley Bourgeois
**Cc:** 'Romeo, Ceil'
**Subject:** RE: Motion Extend Disc Deadline and Dispositive Motion Deadline


Bartley,


Sorry that I had missed our status conference but the debtor is still looking for the requested information; he scheduled a trip to the Middle East in June in order to obtain the requested documents, which is why I had requested the extension on the discovery deadline earlier.  I am

not opposed to extending the deadline further for you and your client to request additional discovery once you receive the requested documents but at this time the debtor is still looking for documents in order to answer the discovery.  Let me know if you would like to discuss this further.  Thanks for your patience.

Susan Tran

Partner

Corral Tran Singh, LLP

440 Louisiana Street, 24th fl., Suite 2450

Houston, Texas, 77002

Ph 713.654.2143/Fax 713.654.2146

Susan.Tran@ctsattorneys.com

**CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Corral Tran Singh, LLP and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please notify us immediately by reply email or by telephone at (713) 654-2143 and delete the material from any computer.**

--------- Original Message ---------

Subject: RE: Motion Extend Disc Deadline and Dispositive Motion Deadline
From: "Bartley Bourgeois" <bartley@thecohnlawfirm.com>
Date: 3/21/14 4:52 pm
To: "'Susan Tran'" <susan.tran@ctsattorneys.com>
Cc: "'Romeo, Ceil'" <ceil@thecohnlawfirm.com>

That is fine.  Do you want to sign my name or is the elect signature enough?

Bartley P. Bourgeois

Attorney

5

The Cohn Law Firm

10754 Linkwood Court

Suite 1

Baton Rouge, LA 70810

Phone (225) 769-0858

Fax (225) 769-1016


      NOTICE

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail, and any attachments hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. Reading, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this e- mail in error, please contact the sender by return e-mail and permanently delete the original and any copy of this e-mail from any computer and destroy any printout thereof.

The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State. This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** Susan Tran [mailto:susan.tran@ctsattorneys.com]
**Sent:** Friday, March 21, 2014 4:30 PM
**To:** Bartley Bourgeois
**Cc:** 'Romeo, Ceil'
**Subject:** RE: Motion Extend Disc Deadline and Dispositive Motion Deadline
**Importance:** High


Bartley,


Sorry for the delay in getting this motion to you.  Please review and let me know if any changes need to be made or if I can go ahead and file the motion.  Thanks.

**Susan Tran**

*Partner*

**Corral Tran Singh, LLP**

*Attorneys at Law*

440 Louisiana Street, Floor 24, Suite 2450, Houston, Texas, 77002

Ph 713.654.2143/Fax 713.654.2146 Susan.Tran@ctsattorneys.com

CONFIDENTIALITY STATEMENT: This electronic message contains information from the law
firm of Corral Tran Singh, LLP and may be confidential or privileged. The information is
intended to be for the use of the individual or entity named above. If you are not the
intended recipient, be aware that any disclosure, copying, distribution, or use of the
contents of this message is prohibited. If you have received this message in error,
please notify us immediately by reply email or by telephone at (713) 654-2143 and delete
the material from any computer.

--------- Original Message ---------

Subject: RE: Motion Extend Disc Deadline and Dispositive Motion Deadline
From: "Bartley Bourgeois" <bartley@thecohnlawfirm.com>
Date: 3/19/14 3:48 pm
To: "'Susan Tran'" <susan.tran@ctsattorneys.com>
Cc: "'Romeo, Ceil'" <ceil@thecohnlawfirm.com>

Perfect thanks


Bartley P. Bourgeois

Attorney

The Cohn Law Firm

10754 Linkwood Court

Suite 1

Baton Rouge, LA 70810

Phone (225) 769-0858

Fax (225) 769-1016


   NOTICE

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail, and any attachments hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. Reading, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this e- mail in error, please contact the sender by return e-mail and permanently delete the original and any copy of this e-mail from any computer and destroy any printout thereof.

The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State. This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** Susan Tran [mailto:susan.tran@ctsattorneys.com]
**Sent:** Wednesday, March 19, 2014 3:46 PM
**To:** Bartley Bourgeois
**Cc:** Romeo, Ceil
**Subject:** RE: Motion Extend Disc Deadline and Dispositive Motion Deadline


Bartley,


I think a 90 day bump from the current deadline should be sufficient.  I will prepare the motion today and have it for your review tomorrow.  Thanks for your consideration.

**Susan Tran**

*Partner*

**Corral Tran Singh, LLP**

*Attorneys at Law*

440 Louisiana Street, Floor 24, Suite 2450, Houston, Texas, 77002

Ph 713.654.2143/Fax 713.654.2146 Susan.Tran@ctsattorneys.com

CONFIDENTIALITY STATEMENT: This electronic message contains information from
the law firm of Corral Tran Singh, LLP and may be confidential or privileged.
The information is intended to be for the use of the individual or entity named
above. If you are not the intended recipient, be aware that any disclosure,
copying, distribution, or use of the contents of this message is prohibited. If
you have received this message in error, please notify us immediately by reply
email or by telephone at (713) 654-2143 and delete the material from any
computer.

--------- Original Message ---------

Subject: RE: Motion Extend Disc Deadline and Dispositive Motion
Deadline
From: "Bartley Bourgeois" <bartley@thecohnlawfirm.com>
Date: 3/19/14 11:00 am
To: "'Susan Tran'" <susan.tran@ctsattorneys.com>
Cc: "Romeo, Ceil" <ceil@thecohnlawfirm.com>

Susan:

I am in agreement with you.  Please prepare a motion to this effect bumping
all dates 90 days (if you think that is enough time) including the discovery

and motion deadlines as well as the status conference in April.  I will review
and sign after comments.


Thanks, B


Bartley P. Bourgeois

Attorney

The Cohn Law Firm

10754 Linkwood Court

Suite 1

Baton Rouge, LA 70810

Phone (225) 769-0858

Fax (225) 769-1016


NOTICE

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C.
Sections 2510-2521. This e-mail, and any attachments hereto, are intended
only for use by the addressee(s) named herein and may contain legally
privileged and/or confidential information. Reading, retransmission,
dissemination or other use of, or taking of any action in reliance upon, this
information by persons or entities other than the intended recipient is
strictly prohibited. If you have received this e- mail in error, please contact
the sender by return e-mail and permanently delete the original and any
copy of this e-mail from any computer and destroy any printout thereof.

The receipt by anyone other than the intended recipient does not waive the
attorney-client privilege; neither will it constitute a waiver of the work-
product doctrine. The typewritten signature included with this e-mail is not
an electronic signature within the meaning of Electronic Signatures in the
Global and National Commerce Act or any other law of similar import,
including without limitation, the Uniform Electronic Transactions Act, as the
same may be enacted in any State. This communication is not intended to be
used, and cannot be used, as an opinion for the purpose of (1) avoiding
penalties under the Internal Revenue Code or (2) promoting, marketing or
recommending to another party any transaction or matter addressed herein.

**From:** Susan Tran [mailto:susan.tran@ctsattorneys.com]
**Sent:** Tuesday, March 18, 2014 6:47 PM
**To:** Bartley Bourgeois
**Subject:** RE: Motion Extend Disc Deadline and Dispositive Motion Deadline
**Importance:** High

Bartley,

I received your correspondence regarding the status of the discovery responses.  Unfortunately, we still have been unable to obtain the documentation of the fund transfers from Abdel Mizyed to the Defendant and the Defendant needs to travel to Jordan himself to gather these documents.  Would you be opposed to another extension of the discovery deadline and dispositive motion deadline?  I know you will be requesting more discovery when we are able to produce our documents and I want us to have enough time to get everything done.  Please let me know what you think.  Thanks for your courtesy.

**Susan Tran**

*Partner*

***Corral Tran Singh, LLP***

*Attorneys at Law*

440 Louisiana Street, Floor 24, Suite 2450, Houston, Texas, 77002

Ph 713.654.2143/Fax 713.654.2146  Susan.Tran@ctsattorneys.com

CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Corral Tran Singh, LLP and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please notify us immediately by reply email or by telephone at (713) 654-2143 and delete the material from any computer.

--------- Original Message ---------

Subject: RE: Motion Extend Disc Deadline and Dispositive
Motion Deadline
From: "Bartley Bourgeois" <bartley@thecohnlawfirm.com>
Date: 2/25/14 10:49 am
To: "'Susan Tran'" <susan.tran@ctsattorneys.com>

I CHANGED TO HEADING AND WILL FILE TODAY TO INCLUDE
DISPOSITIVE MOTION DEADLINE.  Thanks again, B


Bartley P. Bourgeois

Attorney

The Cohn Law Firm

10754 Linkwood Court

Suite 1

Baton Rouge, LA 70810

Phone (225) 769-0858

Fax (225) 769-1016


                    NOTICE

This email is covered by the Electronic Communications Privacy Act,
18 U.S.C. Sections 2510-2521. This e-mail, and any attachments
hereto, are intended only for use by the addressee(s) named herein
and may contain legally privileged and/or confidential information.
Reading, retransmission, dissemination or other use of, or taking of
any action in reliance upon, this information by persons or entities
other than the intended recipient is strictly prohibited. If you have
received this e- mail in error, please contact the sender by return e-
mail and permanently delete the original and any copy of this e-mail
from any computer and destroy any printout thereof.

The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. The typewritten signature included with this e-mail is not an electronic signature within the meaning of Electronic Signatures in the Global and National Commerce Act or any other law of similar import, including without limitation, the Uniform Electronic Transactions Act, as the same may be enacted in any State. This communication is not intended to be used, and cannot be used, as an opinion for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Susan Tran [mailto:susan.tran@ctsattorneys.com]
**Sent:** Tuesday, February 25, 2014 10:41 AM
**To:** Bartley Bourgeois
**Cc:** Eileen Ravasio; Romeo, Ceil
**Subject:** RE: Motion Extend Disc Deadline and Dispositive Motion Deadline

Bartley,

Please find attached the signed joint motion.  Thanks.

**Susan Tran**

*Partner*

*Corral Tran Singh, LLP*

*Attorneys at Law*

440 Louisiana Street, Floor 24, Suite 2450, Houston, Texas, 77002

Ph 713.654.2143/Fax 713.654.2146 Susan.Tran@ctsattorneys.com

CONFIDENTIALITY STATEMENT: This electronic message contains
information from the law firm of Corral Tran Singh, LLP and may
be confidential or privileged. The information is intended to
be for the use of the individual or entity named above. If you
are not the intended recipient, be aware that any disclosure,
copying, distribution, or use of the contents of this message
is prohibited. If you have received this message in error,
please notify us immediately by reply email or by telephone at
(713) 654-2143 and delete the material from any computer.

--------- Original Message ---------

Subject: Motion Extend Disc Deadline and Dispositive
Motion Deadline
From: "Bartley Bourgeois"
<bartley@thecohnlawfirm.com>
Date: 2/25/14 10:35 am
To: susan.tran@ctsattorneys.com
Cc: "Eileen Ravasio"
<eravasio@thecohnlawfirm.com>, "Romeo, Ceil"
<ceil@thecohnlawfirm.com>

Susan:


Please see attached draft of the Joint Motion to Extend
Deadline in Adversary Proceeding No 13-03299,
Lemark, Inc. v. Mizyed.  Please add your signature
block and let me know if you have any comments.  I
want to file this tomorrow so I appreciate your quick
attention to the matter.



Thanks, Bartley




Bartley P. Bourgeois

Attorney

The Cohn Law Firm

14

10754 Linkwood Court

Suite 1

Baton Rouge, LA 70810

Phone (225) 769-0858

Fax (225) 769-1016

NOTICE

This email is covered by the Electronic
Communications Privacy Act, 18 U.S.C. Sections
2510-2521. This e-mail, and any attachments hereto,
are intended only for use by the addressee(s) named
herein and may contain legally privileged and/or
confidential information. Reading, retransmission,
dissemination or other use of, or taking of any action in
reliance upon, this information by persons or entities
other than the intended recipient is strictly prohibited.
If you have received this e- mail in error, please
contact the sender by return e-mail and permanently
delete the original and any copy of this e-mail from
any computer and destroy any printout thereof.

The receipt by anyone other than the intended recipient
does not waive the attorney-client privilege; neither
will it constitute a waiver of the work-product doctrine.
The typewritten signature included with this e-mail is
not an electronic signature within the meaning of
Electronic Signatures in the Global and National
Commerce Act or any other law of similar import,
including without limitation, the Uniform Electronic
Transactions Act, as the same may be enacted in any
State. This communication is not intended to be used,
and cannot be used, as an opinion for the purpose of
(1) avoiding penalties under the Internal Revenue Code
or (2) promoting, marketing or recommending to
another party any transaction or matter addressed
herein.