UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE:                                        CASE NO.: 13-33114
WALID MIZYED

LEMARK, INC.                          ADVERSARY PROCEEDING
                                                     NO: 13-03299
VERSUS

WALID MIZYED

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

       **BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid parish and state, personally appeared:

**BARTLEY P. BOURGEOIS**

who after being duly sworn, did depose and say following:

**1.**

       He is the counsel for LeMark, Inc. in the above matter.

**2.**

       He has spent 8.75 hours in researching the issues involved and preparing the documents to be filed regarding the motion to compel and for contempt filed against Walid Mizyed in the above matter.

**3.**

       He estimates that 24 hours will be expended in preparing for the hearing for said motion to compel and for contempt and traveling to Texas to argue the motion before the court.

4.

Undersigned counsel charges a fee of $200.00 per hour for his work in this matter. This is a reasonable rate in this area in light of counsel's experience and the issues involved.

_____
Bartley P. Bourgeois

**SWORN TO AND SUBSCRIBED** before me this 12th day of June, 2014.

_____
Virginia Kelly Smith, Notary
**Bar Roll No. 28371**

M. Virginia Kelly Smith, LBR# 28371
Notary Public