IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

WALID MIZYED

       Debtor

---

LEMARK, INC.

       Plaintiff

V.

WALID MIZYED

       Defendant

Case No. 13-33114
Chapter 7 Bankruptcy

Adv. No. 13-03299

## DEFENDANT'S WITNESS AND EXHIBIT LIST IN SUPPORT OF DISMISSAL OF ADVERSARY

| Main Case No: **13-33114-H5-7** | Debtor(s): Walid Mizyed |
|---|---|
| **WITNESSES:** | |
| 1) Walid Mizyed | Judge: Karen K. Brown |
| | Hearing Date: 10/20/2014<br>Hearing Time: 2:00 P.M. |
| | Party's Name: Defendant |
| | Attorney's Name: Susan Tran<br>Attorney's Phone: (713) 654-2143 |
| | Nature of Proceeding: Objection to Discharge under § 523 and & 727 |
| | |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | Debtor's Amended Schedule A & B (Docket No. 20) | | | | |
| 2 | Plaintiff's Original Complaint | | | | |
| 3 | Plaintiff's Amended Complaint | | | | |
| 4 | Plaintiff's Second Amended Complaint | | | | |
| 5 | 226 Charter Ridge | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | Mortgage |   |   |   |   |
| 6 | Mortgage concerning Burbank and Elvin Drive properties |   |   |   |   |
| 7 | DNA Realty, Inc. mortgage and corporate resolution |   |   |   |   |
| 8 | Beechwood, Inc. mortgage and corporate resolution |   |   |   |   |
| 9 | N. Acadian, Inc. mortgage and corporate resolution |   |   |   |   |
| 10 | Gardere Plaza, Inc. mortgage and corporate resolution |   |   |   |   |
| 11 | Debtor's translated bank statements |   |   |   |   |

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, the foregoing Witness and Exhibit list and correspondence exhibits were served to the party below via facsimile and electronic mail.

Bartley P. Bourgeois
Cohn Law Firm
10754 Linkwood Ct
Baton Rouge, LA 70810

Respectfully submitted,

**CORRAL TRAN SINGH, LLP**

*/s/Susan Tran*
Susan Tran
SBN: 24075648
CORRAL TRAN SINGH, LLP
440 Louisiana St Ste 2450
Houston TX 77002
Ph: (713) 654-2143
Fax: (713) 654-2146
Susan.Tran@ctsattorneys.com

**ATTORNEYS FOR DEFENDANT**